IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

HOLLY ADAIR                                                                            PLAINTIFF

V.                      CASE NO. 2:24CV00163 LPR

THE CITY OF DUMAS, ARKANSAS;
KEITH FINCH, Individually and In His Official
Capacity as Police Chief of the Dumas City Jail;
TERRY DEVON JAMES, Individually and In His
Official Capacity as Jailer of the Dumas City Jail;
and JANE AND JOHN DOES 1-X                            DEFENDANTS

## **MOTION FOR SUBSTITUTION OF COUNSEL**

M. Keith Wren of the Arkansas Municipal League and Annie Depper, John T. Adams, and Harper Kiefer of Fuqua Campbell, P.A., on behalf of Defendants the City of Dumas, Arkansas; Keith Finch, in his individual and official capacities; and Terry James, in his official capacity only ("Defendants"), for their Motion for Substitution of Counsel, state:

1. M. Keith Wren is currently counsel of record for Defendants in this matter.

2. Annie Depper, John T. Adams, and Harper Kiefer of Fuqua Campbell, P.A. are taking over as defense counsel in this matter as to all Defendants currently represented by M. Keith Wren.

3. Annie Depper, John T. Adams, and Harper Kiefer request that they be substituted for M. Keith Wren as attorney of record in this case with respect to all Defendants currently represented by M. Keith Wren.

4. Upon substitution, please direct all future service and correspondence to undersigned counsel.

5.    This request for substitution of counsel is not being made for purposes of delay or any other improper purpose.

WHEREFORE, Annie Depper, John T. Adams, and Harper Kiefer respectfully request that they be substituted as counsel of record for Defendants herein in the place of M. Keith Wren and that M. Keith Wren be terminated as counsel of record in this matter.

Respectfully submitted,

Annie Depper
Ark. Bar No. 2009267
Email: adepper@fc-lawyers.com

John T. Adams
Ark. Bar No. 2005014
Email: jadams@fc-lawyers.com

Harper Kiefer
Ark. Bar No. 2021129
Email: hkiefer@fc-lawyers.com

FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile

And

M. Keith Wren, Ark. Bar No. 94107
Attorney for Defendants
Post Office Box 38
North Little Rock, AR  72115
Telephone: (501) 374-3484 Ext. 163
Email: mkwren@arml.org